UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )   Case No. MC17-0059RSL
            Plaintiff,              )
    v.                              )
                                    )   ORDER
JOHN YIN,                           )
                                    )
            Defendant/Judgment Debtor, )
    v.                              )
                                    )
T. ROWE PRICE,                      )
                                    )
            Garnishee.              )
_____)

This matter comes before the Court on defendant/judgment debtor's request for a hearing (Dkt. # 9-1) and request for an extension of time (Dkt. # 11).[1] The request for extension of time in GRANTED. The Clerk of Court is directed to renote plaintiff's "Motion to Issue Continuing Garnishee Order" (Dkt. # 7) on the Court's calendar for September 29, 2017.

---

[1] The request for an extension of time was filed by the judgment debtor, acting pro se, despite the fact that Kirk C. Davis has appeared as his attorney in this matter. The Court has considered both filings, but Mr. Yin is advised that "[w]hen a party is represented by an attorney of record in a case, the party cannot appear or act on his or her own behalf in that case, or take any step therein, until after the party requests by motion to proceed on his or her own behalf, certifies in the motion that he or she has provided copies of the motion to his or her current counsel and to the opposing party, and is granted an order of substitution by the court terminating the party's attorney as counsel and substituting the party in to proceed pro se . . . ." LCR 83.2.

ORDER

In light of defendant/judgment debtor's objections and request for hearing, the Clerk of Court is also directed to give this matter a civil action number and assign it in rotation. The Writ of Garnishment shall remain in effect during the pendency of this action, but judgment shall not be entered absent further order of the Court.

Dated this 24th day of August, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge