**The Honorable James L. Robart**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN YIN,<br><br>    Defendant/Judgment Debtor,<br><br>    and<br><br>T. ROWE PRICE,<br><br>    Garnishee. | NO. 2:17-CV-01284-JLR<br><br>(17-mc-59-RSL)<br>(16-cr-314-RAJ)<br><br>**United States' Motion for Extension of Time to File Reply Brief**<br><br>**Note on Motion Calendar: September 28, 2017** |

Plaintiff United States of America moves to extend by three business days the deadline for its Reply Brief in support of its Motion for Continuing Garnishee Order [doc. no. 7]. Good cause supports the United States' requested extension, as follows:

1. On August 24, 2017, the Court renoted the United States' Motion for Continuing Garnishee Order to Friday, September 29, 2017.

2. Under Local Civil Rule 7(d)(3), Mr. Yin's Response Brief was therefore due Monday, September 25, 2017.

UNITED STATES' MOTION FOR EXTENSION OF
TIME TO FILE REPLY BRIEF
(*U.S. v. John Yin & T. Rowe Price*, No. 2:17-CV-01284-JLR/16-cr-314-RAJ) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

3. Mr. Yin's *pro se* Response reached the Clerk of Court on September 27, 2017, as indicated by the Clerk's date stamp. Doc. no. 14.

4. Counsel for the United States first received notice of Mr. Yin's Response during the afternoon of Thursday, September 28, 2017, via the Court's Electronic Case Filing system. Doc. no. 14.

5. In light of the late notice of Mr. Yin's Response, counsel for the United States requires more than one day to prepare and file a Reply Brief, which is currently due Friday, September 29, 2017 (the noting date). *See* Local Civil Rule 7(d)(3).

6. Counsel for the United States spoke by telephone with counsel for Mr. Yin, Kirk Davis, on the afternoon of Thursday, September 28, 2017, to request Mr. Davis's consent to an extension of the United States' Reply Brief deadline to Wednesday, October 4, 2017.

7. Mr. Davis told counsel for the United States that he would no longer be representing Mr. Yin in this matter due to Mr. Yin's *pro se* Response Brief [doc. no. 14]. Accordingly, Mr. Davis said he could not consent on Mr. Yin's behalf.

8. Counsel for the United States is unable to contact Mr. Yin in a timely fashion because Mr. Yin is incarcerated.

9. A short extension of three business days, through and including Wednesday, October 4, 2017, is reasonable under the circumstances and provides counsel for the United States four business days to

UNITED STATES' MOTION FOR EXTENSION OF
TIME TO FILE REPLY BRIEF
(*U.S. v. John Yin & T. Rowe Price*, No. 2:17-CV-01284-JLR/16-cr-314-RAJ) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

prepare the Reply Brief, *i.e.*, the amount of time contemplated by Local Civil Rule 7(d)(3).

For all the foregoing reasons, the United States requests that the Court enter the attached Proposed Order, extending the deadline for the United States' Reply Brief to October 4, 2017.

DATED this 28th day of September 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-4067
E-mail: Kyle.Forsyth@usdoj.gov

UNITED STATES' MOTION FOR EXTENSION OF
TIME TO FILE REPLY BRIEF
(*U.S. v. John Yin & T. Rowe Price*, No. 2:17-CV-01284-JLR/16-cr-314-RAJ) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

## CERTIFICATE OF SERVICE

I hereby certify that I am a Paralegal Specialist in the office of the United States Attorney for the Western District of Washington, and am a person of such age and discretion as to be competent to serve papers.

I certify that on September 28, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the parties:

Kirk C. Davis     kirk@kirkdavislaw.com

*Attorney of Record for Defendant/Judgment Debtor John Yin*

That on September 28, 2017, I caused copies of the foregoing "United States' Response to Defendant/Judgment Debtor's Request for Hearing and Exemption Claims" to be delivered to the Garnishee, T. Rowe Price, and to Defendant/Judgment Debtor John Yin, by placing an envelope containing said documents into the United States Mail, postage prepaid, by First Class Mail, addressed as follows:

T. Rowe Price
Attn: Legal Department
P.O. Box 17302
Baltimore, MD 21297

Legal Mail – Open in Presence of the Inmate
John Yin, Register No. 48095-086,
FDC, SeaTac
Federal Detention Center
P.O. Box 13900, Seattle, WA 98198

UNITED STATES' MOTION FOR EXTENSION OF
TIME TO FILE REPLY BRIEF
(*U.S. v. John Yin & T. Rowe Price*, No. 2:17-CV-01284-JLR/16-cr-314-RAJ) - 4

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this 28th day of September 2017.

s/ Dawn H. Fernandez
Dawn H. Fernandez, Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: (206) 553-4308
Facsimile: (206) 553-4073
E-mail: dawn.fernandez@usdoj.gov

UNITED STATES' MOTION FOR EXTENSION OF
TIME TO FILE REPLY BRIEF
(*U.S. v. John Yin & T. Rowe Price*, No. 2:17-CV-01284-JLR/16-cr-314-RAJ) - 5

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

The Honorable James L. Robart

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN YIN,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>T. ROWE PRICE,<br><br>Garnishee. | NO. 2:17-CV-01284-JLR<br><br>(17-mc-59-RSL)<br>(16-cr-314-RAJ)<br><br>[Proposed] Order Granting United States' Motion for Extension of Time to File Reply Brief |

10
11
12
13
14
15
16
17
18

Plaintiff United States of America moved to extend by three business days the deadline for its Reply Brief in support of its Motion for Continuing Garnishee Order. For the reasons stated in the United States' Motion, the Court finds that good cause supports the requested extension.

//
//
//
//

[PROPOSED] ORDER GRANTING UNITED STATES' MOTION FOR
EXTENSION OF TIME TO FILE REPLY BRIEF
(U.S. v. John Yin & T. Rowe Price, No. 2:17-CV-01284-JLR/16-cr-314-RAJ) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Accordingly, the deadline for filing the United States' Reply Brief in support of its Motion for Continuing Garnishee Order is extended to and including, Wednesday, October 4, 2017.

It is so ordered.

Dated: September 29 [JLR], 2017

Hon. James L. Robart
United States District Court

Presented by:

s/ Kyle A. Forsyth
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney

[PROPOSED] ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF
(*U.S. v. John Yin & T. Rowe Price*, No. 2:17-CV-01284-JLR/16-cr-314-RAJ) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970