UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>JOHN YIN,<br><br>　　　　　　　Defendant.<br><br>T. ROWE PRICE,<br><br>　　　　　　　Garnishee. | CASE NO. C17-1284JLR<br><br>ORDER STRIKING PRO SE RESPONSE |

　　This is a case where the United States of America seeks a continuing garnishment order as to T. Rowe Price, pursuant to 28 U.S.C. § 3205. (*See* Mot. (Dkt. # 7) at 1.) Defendant John Yin filed pro se a response to this motion (*see* Resp. (Dkt. # 14)), even though he is represented by counsel Kirk Davis (Not. of Appearance (Dkt. # 10) at 1). A person who is represented by counsel cannot file pro se motions. *See United States v. Gallardo*, 915 F. Supp. 216, 218 n.1 (D. Nev. 1995); *see also Le v. Almager*, No.

ORDER - 1

C 08-03293 SBA, 2013 WL 415632, at *1 (N.D. Cal. Jan. 31, 2013) ("A court need not consider pro se motions filed by a party who remains represented by counsel."). Thus, the court STRIKES Mr. Yin's pro se response to the United States' motion.

Mr. Davis indicated to the United States that he is no longer representing Mr. Yin. (*See* Mot. for Extension (Dkt. # 15) ¶ 7.) To the extent that Mr. Davis wishes to withdraw as attorney for Mr. Yin, he must follow the procedures as outlined in Local Rule 83.2(b). *See* Local Rules W.D. Wash. LCR 83.2(b). Until Mr. Davis does so, he remains counsel for Mr. Yin. *See id.* ("No attorney shall withdraw an appearance in any case . . . except by leave of court . . . .")

Dated this 30th day of September, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2