1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

UNITED STATES OF AMERICA,

CASE NO. C17-1284JLR

11

Plaintiff,

ORDER DENYING
WITHDRAWAL OF COUNSEL

12

v.

13

JOHN YIN,

14

Defendant,

15

T. ROWE PRICE,

16

Garnishee.

17     Before the court is Kirk Davis's motion to withdraw as counsel for Defendant

18 John Yin.  (Mot. (Dkt. # 18).)  Because the motion does not comply with the

19 requirements for attorney withdrawal set forth in Local Civil Rule 83.2(b), the court

20 DENIES the motion to withdraw without prejudice.

21     If withdrawal would leave a party unrepresented, the motion for withdrawal "must

22 include the party's address and telephone number."  Local Rules W.D. Wash. LCR

1  83.2(b)(1).  The instant motion fails to comply with this requirement, as Mr. Davis's

2  withdrawal would leave Mr. Yin unrepresented, but the motion does not contain Mr.

3  Yin's telephone number.  (*See generally* Mot.)  The court therefore DENIES the motion

4  to withdraw (Dkt. # 18) without prejudice to refiling the motion in the manner prescribed

5  in Local Civil Rule 83.2(b).

6       Dated this 3ʳᵈ day of October, 2017.

7

8

9  JAMES L. ROBART
   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22