UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN YIN,<br><br>　　　　　　Defendant.<br><br>T. ROWE PRICE,<br><br>　　　　　　Garnishee. | NO. c17-1284JLR<br><br>[PROPOSED] ORDER GRANTING WITHDRAWAL |

Amended   (Mot. (Dkt. # 20))
This Court having considered the Motion to Withdraw and any response thereto does hereby grants the motion and allow Kirk Davis to withdraw as counsel for John Yin in the above entitled proceedings.

[PROPOSED] ORDER GRANTING WITHDRAWAL - 1
*c17-1284JLR*

LAW OFFICE OF KIRK C. DAVIS, PLLC
1218 Third Ave. Ste. 1000
Seattle, Washington 98101
Ph.(206) 684-9339  Fax(206) 260-3685

ENTERED this \_\_5th\_\_ day of October 2017.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*s/Kirk Davis*
WITHDRAWING Attorney for Defendant, John Yin
1218 3rd Ave., Suite 1000
Seattle, WA 98101
T:206.684.9339
F:206.260.3685
Email: kirk@kirkdavislaw.com

[PROPOSED] ORDER GRANTING WITHDRAWAL - 2
*c17-1284JLR*

**LAW OFFICE OF KIRK C. DAVIS, PLLC**
1218 Third Ave. Ste. 1000
Seattle, Washington 98101
Ph.(206) 684-9339  Fax(206) 260-3685