UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     v.<br><br>JOHN YIN,<br><br>                    Defendant.<br><br>T. ROWE PRICE,<br><br>                    Garnishee. | CASE NO. C17-1284JLR<br><br>CONTINUING GARNISHEE ORDER |

A writ of continuing garnishment has been duly issued and served upon T. Rowe Price. (Appl. (Dkt. # 1); 6/21/17 Order (Dkt. # 3).) Pursuant to the writ, T. Rowe Price filed an answer on June 30, 2017 (Answer (Dkt. # 6)), stating that at the time of service of the writ T. Rowe Price had in its possession, custody, or control a T. Rowe Price Equity Income Fund account, valued at $149,117.63, in which Mr. Yin maintains an interest. (*Id.* at 6.)

After the United States mailed notification of the garnishment proceedings to the parties on or about June 21, 2017 (Certificate of Service (Dkt. # 5)), Mr. Yin did not request a hearing to determine exempt property (*see generally* Dkt.). After the United States moved for a continuing garnishee order (Mot. (Dkt. # 7)), however, Mr. Yin requested a hearing and stated his objections (Request (Dkt. # 9-1)). The court denied Mr. Yin's request for a hearing and found that he failed to state a cognizable objection (Dkt. # 22).

The court therefore ORDERS as follows:

T. Rowe Price shall pay to the United States District Court for the Western District of Washington the entire amount, less any federal tax withholdings, of non-exempt property from any and all accounts in its possession, custody, or control, including but not limited to the T. Rowe Price Equity Income Fund, in which Mr. Yin maintains an interest. These payments shall continue until Mr. Yin's restitution debt is paid in full or until T. Rowe Price no longer has possession, custody, or control of any funds due and owing to Mr. Yin or until further order of this court.

T. Rowe Price shall make out such payments to the United States District Court, Western District of Washington, referencing Case Nos. 2:16-CR-00314-RAJ-1 and 2:17-MC-00059RSL, and shall deliver such payments either personally or by First Class Mail to:

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101.

The United States District Court for the Western District of Washington shall apply such payments to Mr. Yin's outstanding restitution obligation.

This Continuing Garnishee Order shall continue until the court orders that one of the following conditions is met: (1) the debt of Mr. Yin is paid in full; (2) T. Rowe Price no longer has possession, custody, or control of any further funds belonging to Mr. Yin; or (3) further order of this court.

Dated this 16th day of October, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 3