**The Honorable James L. Robart**

1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  MC-2:17-CV-1284-JLR |
| Plaintiff, | (2:16-CR-0314-1) |
| vs. | [Proposed] Order Terminating Garnishment Proceeding |
| JOHN YIN, | |
| Defendant/Judgment Debtor, | |
| and | |
| T. ROWE PRICE, | |
| Garnishee. | |



This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(B).

IT IS ORDERED that the garnishment is terminated and that T. Rowe Price is relieved of further responsibility pursuant to this garnishment.

//

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. John Yin and T. Rowe Price*, USDC#: 2:17-CV-1284-JLR/2:16-CR-0314-1)
- 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1    DATED this 20th day of ___February___, 2019.

2

3    _____

4    JUDGE JAMES L. ROBART
     UNITED STATES DISTRICT COURT JUDGE

5

6    Presented by:

7    s/ Kyle A. Forsyth
     _____

8    KYLE A. FORSYTH, WSBA # 34609
     Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. John Yin and T. Rowe Price,* USDC#: 2:17-CV-1284-JLR/2:16-CR-0314-1)
- 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970